Tobias & Co. *v.* United States

No. 7083.—Invoice dated London, England, September 1, 1941.
Certified September 2, 1941.
Entered at New York, N. Y., September 27, 1941.
Entry No. 716303.

(Decided March 25, 1947)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Cline, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

A. C. & H. W. Dickins, Inc., et al. *v.* United States

No. 7084.—Invoices dated London, England, August 29, 1941, etc.
Certified August 29, 1941, etc.
Entered at New York, N. Y., September 19, 1941, etc.
Entry No. 714704, etc.

(Decided March 25, 1947)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Cline, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.